

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>BRANCH, Marcus,<br><br>                Defendant. | Case No.: '21 MJ04959<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Secs. 111(a)(1), (b)–<br>Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

Count 1

On or about December 21, 2021, within the Southern District of California, defendant Marcus Branch, did intentionally and forcibly assault a person named in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, United States Customs and Border Protection Officer ("CBPO") Vincent Reyes, involving physical contact, to wit: defendant Marcus Branch punched CBPO Reyes in the face while CBPO Reyes was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

In the commission of such act, defendant Marcus Branch inflicted bodily injury.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Special Agent Charles Hartsfield
Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 22nd day of December 2021.

_____
U.S. MAGISTRATE JUDGE
JILL L. BURKHARDT

## PROBABLE CAUSE STATEMENT

On December 21, 2021, at approximately 1500 hours, Marcus BRANCH, a United States Citizen, attempted to make entry into the United States at the San Ysidro, California, Port of Entry.

While assigned to United States-Mexico pedestrian limit line, U.S. Customs and Border Protection (CBP) Officer Vincent Reyes was struck in the face by BRANCH. CBP Officers subdued BRANCH, placed him in handcuffs and escorted him to the security office, a secure area, for further processing.

US Customs and Border Protection officers called paramedics to evaluate BRANCH. At BRANCH's request, he was transported to Sharp Medical Facility and was subsequently unavailable for interview.

BRANCH was arrested and charged with violation(s) of Title 18 USC 111(a)(1), Assault on a Federal Officer.

2